mistakenly wrote a check on the old account, thinking it was on the new account; and apparently failed to take action to correct the error after receiving notification from the bank that her check had been dishonored. On the other hand, however, it appears that the $350 which plaintiff deposited in her old account was transferred by the bank to the new account but that it did not clear the check on the old account against the new account. Erie's negligence in this respect was acknowledged by one of its employees. In view of the factual dispute as to whether Erie's action in dishonoring the check was "wrongful" (Uniform Commercial Code, § 4-402) and whether it was the proximate cause of the insurance policy being canceled, summary judgment will not lie. (Appeals from order of Supreme Court, Erie County, Kasler, J. — summary judgment.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and O'Donnell, JJ.

■ MORRIS SORBELLO, JR., et al., Appellants, v CITY OF FULTON, Respondent. (Appeal No. 1.) — Order and judgment unanimously affirmed, without costs. Memorandum: The trial court found that plaintiffs failed to sustain their burden of proving that the actions of the city were the proximate cause of the flooding to their lands. Upon review of the record, we cannot say that the finding was contrary to the weight of the evidence. (Appeal from order and judgment of Supreme Court, Oswego County, Murphy, J. — negligence, trespass.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and O'Donnell, JJ.

■ STANLEY LEBRO et al., Appellants, v CITY OF FULTON, Respondent. (Appeal No. 2.) — Order and judgment unanimously affirmed, without costs. Same memorandum as in *Sorbello v City of Fulton* (Appeal No. 1) (106 AD2d 865). (Appeal from order and judgment of Supreme Court, Oswego County, Murphy, J. — negligence, trespass.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and O'Donnell, JJ.

■ CHARLES LICCIARDELLO, Appellant, v CITY OF FULTON, Respondent. (Appeal No. 3.) — Order and judgment unanimously affirmed, without costs. Same memorandum as in *Sorbello v City of Fulton* (Appeal No. 1) (106 AD2d 865). (Appeal from order and judgment of Supreme Court, Oswego County, Murphy, J. — negligence, trespass.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and O'Donnell, JJ.

■ JOHN R. ZAPPALA et al., Appellants, v CITY OF FULTON, Respondent. (Appeal No. 4.) — Order and judgment unanimously affirmed, without costs. Same memorandum as in *Sorbello v City of Fulton* (Appeal No. 1) (106 AD2d 865). (Appeal from